```
Court Name: US District Court SDO
Division: 1
Receipt Number: 100CIN016073
Cashier ID: welkerm
Transaction Date: 08/09/2012
Payer Name: Rasheed A Simmonds Atty
```

CIVIL FILING FEE
 For: Rasheed A Simmonds Atty
 Case/Party: D-OHS-1-12-CV-000603-001
 Amount:         $350.00

CASH
 Amt Tendered: $350.00

Total Due:        $350.00
Total Tendered:   $350.00
Change Amt:       $0.00

A fee of $53.00 will be assessed on all returned checks.